

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREE COUNTRY LTD,

                             Plaintiff,

-against-

BRIAN DRENNEN, MATTHEW VANDER
WYDEN, ROUSSO APPAREL GROUP, INC.
and SANTA FE APPAREL, LLC,

                           Defendants.

Civil Case No.: 16 CV 8746 (JSR)

**ORDER AUTHORIZING
APPOINTMENT OF NEUTRAL
COMPUTER FORENSIC
ANALYST**

---

       This Court having granted a temporary restraining order dated November 17, 2016 (the "TRO"), which provided in part as follows:

> 4. **ORDERED** that sufficient cause having been shown, the Court orders
> expedited discovery of all parties, and that Defendant Drennen shall pursuant
> to Rule 34 of the Fed. R. Civ. P. permit inspection, by a neutral forensic expert
> agreed upon by the parties or appointed by the Court, such cost to be divided
> evenly between Plaintiff and Defendants, of any cloud storage account or any
> other devices, including but not limited to any laptop computer, desktop
> computer, mobile phone, tablet or other device subject to the Court's direction,
> and Drennen shall provide the login credentials necessary to access same, to
> determine whether the Confidential Information contained in Drennen's
> Dropbox account was transferred or downloaded to any electronic device not
> owned and/or controlled by Free Country, and that such forensic expert shall
> report his or her findings to the Court *in camera* for further proceedings...;

       **WHEREFORE** the parties having agreed upon forensic analyst Robert Knudsen of
Global Digital Forensics to serve as a neutral expert in this matter. A copy of Mr. Knudsen's
curriculum vitae is annexed hereto, and Global Digital Forensics contact information is as
follows:

Global Digital Forensics
2838 Long Beach Rd
Oceanside, NY 11572
1-914-259-8477
www.evestigate.com

**IT IS ORDERED** that Robert Knudsen is hereby appointed as a neutral forensic

analyst in this matter and that Plaintiff and Defendants shall evenly split the costs of same;

and it is further

**ORDERED** that the parties shall submit a joint protocol for Mr. Knudsen to execute

in accordance with Paragraph 4 of the TRO as excerpted above.


Dated:    New York, New York
          November 20, 2016

                                          _____
                                          Hon. Jed. S. Rakoff, USDJ

**Robert Knudsen – Northeast Regional Manager, Global Digital Forensics**

**Experience Highlights: Computer forensics and cyber security specialist,** possessing a unique blend of skills and experience ranging from law enforcement to the world of technology, which are both highly relevant in today's computer forensics, electronic discovery and cyber security arenas. Mr. Knudsen has 8 years of experience in the field of computer forensics, where he has conducted hundreds of computer forensics examinations in support of matters in federal and state courts throughout the United States. Prior to his computer forensics career, he spent 8 years as a field technician and then as a manager, supporting hundreds of end users working at approximately 50 companies in multiple businesses and environments as they performed their day-to-day computer and network operations. Before entering the computer field, he spent twenty years in law enforcement as a police officer in the New York City Police Department, where, among other duties, he compiled crime statistics in a proprietary database which he designed and deployed. With Global Digital Forensics he has been instrumental in numerous cases not only for his technological and analytical prowess and expertise, but also as an expert witness on a wide range of criminal and civil matters. Mr. Knudsen has also led cyber security and incident response teams, in both penetration testing and vulnerability assessment capacities, as well as the detailed reporting and remediation of cyber events for organizations ranging from government agencies and high profile corporate entities, to healthcare, education and financial institutions.

**Labor Category:** Northeast Regional Manager, Certified Computer Forensic Examiner, Cyber Security Specialist

**Knowledge of Systems and Applications:**
- **EC Council**
  Computer Hacking Forensic Investigator
- **International Society of Forensic Computer Examiners**
  CCE – Certified Computer Examiner
- **CompTIA**
  Security+ - Covers preventative maintenance, basic networking, installation, troubleshooting, communication and professionalism
- **CompTIA**
  Network+ - Covers managing, maintaining, troubleshooting, operating and configuring basic network infrastructure
- **CompTIA**
  A+ - Covers preventative maintenance, basic networking, installation, troubleshooting, communication and professionalism
- **Microsoft**
  MCP Microsoft Certified Computer Professional
- **Microsoft**
  MOUS Microsoft Office User Specialist

**Technical Skills, Training, and Certifications:**
- Xways Forensics Training
- ISFCE / CCE Re-certification
- In service training - Global Digital Forensics
- EC Council Computer Hacking Forensic investigator
- NIST Computer Forensic Seminar
- Key Computer Services Certified Computer Examiner Training Course

- CISSP Training
- Westchester Community College, New York -Adult Education Program, Visual Basic 6.0
- Professional Career Development Institute, Georgia
- Visual Basic 4.0 Programming for Windows
- Professional PC Repair Program

**Expert Testimony and Affidavits on Computer Forensics**

| | |
|---|---|
| • **Nassau County Criminal Court**<br>PSNY v Sullivan | 2016 |
| • **Nassau County Family Court**<br>Daly v Sullivan | 2016 |
| • **Suffolk County Supreme Court, 10th District**<br>Trinity Christian Center of Santa Ana, Inc. V. Koper | 2016 |
| • **United States District Court, Eastern District of New York**<br>United States v Djibo | 2015 |
| • **Massachusetts, Middlesex County Superior Court**<br>Lynn Schultz v Unisphere/Colpitts | 2014 |
| • **New York Supreme Count**<br>Chan v Chuen | 2014 |
| • **Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County**<br>McLeoud v McLeoud | 2012 |
| • **New York Supreme Court**<br>Benson v Benson | 2010 |
| • **Suffolk County Probation Hearing**<br>C/O Safran | 2010 |
| • **United States District Court, State of Utah**<br>Clearone v Wideband | 2008 |
| • **Nassau County Supreme Court**<br>C/O Searchhelp | 2008 |
| • **Nassau County Supreme Court**<br>C/O Finkleman | 2008 |
| • **United Stated District Court, State of Mississippi**<br>JT Shannon | 2008 |

## CHRONOLOGICAL EXPERIENCE

**2006 – Present**                                                      **Global Digital Forensics**

*Northeast Regional Manager*

Responsible for day to day operations of GDF forensics lab in White Plains, NY and to oversee and/or perform all associated technical, managerial and support duties, which include:

- Chain of custody evidence handling, analysis and direct communication with counsel regarding case findings
- Response to security incidents, including health organizations and government facilities
- Examination of identified malicious software, such as bots, worms, and Trojans

- Analysis of malware to understand the nature of the threat and payload. This task usually involves reverse-engineering the compiled executable and examining how the program interacts with its environment
- Responsible for documenting and testing of malware in a virtual environment and to make security recommendations to clients based on the overall threat to remediate issues and prevent re-infection
- Acquisition of computer hard drives and server systems using Logicube Talon, Image Master Solo, FTK Imager and GDF Collector (proprietary tool tailored for intrusion analysis)
- Utilized numerous forensic and security based tools including Access Data Forensic Toolkit, Encase, X-Ways, ProDiscover, Sysinternals, Wireshark
- Monitored network traffic using netflow data, packet and session level inspection (Fidelis XPS)
- Review of firewall rulesets and security recommendations work directly with security teams and management during engagements to review and prepare recommendations for organizational policies
- Work directly with security teams and management during engagements to review and prepare recommendations for organizational policies

**2002 – 2006**                                         **Real-Time Computer Services**
*Client Service Coordinator Management*
Led a team of six IT field technicians supporting client networks located in New York City and Westchester County.  Responsibilities included:

- Initial response to client requests and remote desktop and network support when applicable
- Project management for network upgrades, implementations and office move
- Managing and prioritizing client-wide database, and assisting in the planning and execution, while keeping focus on security vulnerabilities
- Submitting written and verbal status reports to CEO
- Imaging computer systems using Norton Ghost, versions 7 through 9, including corporate data management of client PC images for archive, back up and data recovery.  Educated clients related to virus and email hoaxes, social engineering and phishing
- Processing and reviewing data submitted from field technicians related to server and firewall event logs
- Coordinating the review and roll out of security patches
- Following up with SANS, Internet Storm

**1982 – 2002**                                         **New York City Police Department**
*New York City Police Officer*

- 200 career felony arrests necessitating;
- Victim and perpetrator interviews, chain of evidence handling, direct interaction with District Attorney's office and court testimony
- Crime Analysis, Comp stat preparation – 3 years
- Worked closely with supervisors to develop information systems based on user requirements and scheduled weekly department strategy meetings, and updated members related to current informational trends
- Facilitated the identification and investigation of crime patterns, designed and implemented the Major Crimes Database for the New York City Police Department. Report preparation time was reduced from three days to one. Awarded a unit citation for innovative crime reduction analysis and strategies

Canine Program, Bloodhound Handler – 5 years
- Responsible for the training and maintenance of man trailing bloodhound. Crime scene response/evidence collection. Conducted searches for missing/lost people
- Presented lectures for Management/Investigators in the use of Police Canines as an investigative tool
- Special Operations Division 1 year
- Street Crime Unit – 5 years  City-Wide Anti-Crime Patrol, decoy operations, undercover
- Uniformed Police Officer – 3 years