UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREE COUNTRY LTD,

                    Plaintiff,

-against-

BRIAN DRENNEN, MATTHEW VANDER WYDEN, ROUSSO APPAREL GROUP, INC. and SANTA FE APPAREL, LLC,

                    Defendants.

Civil Case No.: 16 CV 8746 (JSR)

**ORDER ESTABLISHING PROTOCOL FOR COURT APPOINTED NEUTRAL FORENSIC ANALYST**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/16

      This Court having appointed Robert Knudsen as a neutral forensic analyst in this matter by Order dated November 20, 2016, and having instructed the parties to confer and submit by email a proposed protocol for Mr. Knudsen to conduct his examination, the parties having so conferred, they hereby submit the following proposed protocol:

1. By 12:00 p.m. on the day this Court executes this Order (or by 5:00 p.m. of the same day if the Order is executed after 12:00 p.m.), Defendant Drennen will provide a username and password to Mr. Knudsen for access to the subject Dropbox Account. Mr. Knudsen's contact information is c/o Global Digital Forensics, 914-259-8477, www.evestigate.com.

2. Mr. Drennen will set up a new password for use during the collection by Mr. Knudsen.

3. If two-factor authentication is enabled, Mr. Drennen will either disable two-factor authentication or be available by phone to assist with Mr. Knudsen's log in (two factor authentications sends a separate code also required to log in).

4. The depth of the analysis is dependent on the level of Dropbox service to which Mr. Drennen subscribes (i.e. Basic/Free service vs. Business/Premium paid subscription)

5. To the extent possible Mr. Knudsen will document account information including

    a. Profile Settings

    b. Account Settings

    c. Security Settings

    d. Linked / connected Devices and IP addresses

    e. Paper Mobile Devices

    f. Linked Applications

    g. Used space

    h. Connected Services

    i. Preferences

6. Document Sharing Settings

    a. Recent

    b. Files

    c. Team

    d. Paper

    e. Photos

    f. Links

    g. File Requests

    h. Deleted Files

7. Dropbox Storage and Dropbox Paper documents will be downloaded

8. Documents will be hashed using md5 / sha1

9. Document metadata will be analyzed and produced

10. Mr. Drennen will be notified upon completion so that he may reset his password.

11. Depending on the results of the information obtained in Part 5 and 6 above, Mr. Knudsen will report to Chambers his findings and detail what if any additional steps are necessary to determine the location and status of Free Country's Confidential Information.

**IT IS ORDERED** that the above protocol is adopted and that Defendant Drennen shall provide Robert Knudsen with login credentials for his Dropbox account in accordance with said protocol; and it is further

**ORDERED** that all parties shall appear for a telephonic conference with the Court on ~~or before~~ November 29, 2016, at 5 p.m. to discuss Mr. Knudsen's findings, and it is further

**ORDERED** that except by order of this Court, no electronic material in Drennen's Dropbox account belonging to Defendants Rousso Apparel Group Inc. and/or Sante Fe Apparel LLC shall be distributed to any third-party, including counsel; and it is further

**ORDERED** that the temporary restraining order dated November 17, 2016 remains in effect pending the hearing presently scheduled for December 5 and 7, 2016, including without limitation Paragraph 1b thereof, enjoining Defendants, and all persons in active concert or participation with them, from accessing or using Free Country's Confidential Information; and it is further

**ORDERED** that in the event Mr. Knudsen requires further direction regarding the above he shall contact the Court regarding same.

Dated: New York, New York
       November 22, 2016

_____
Hon. Jed. S. Rakoff, USDJ